IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY G. FUTURE,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 16-4565 |
| : | |
| **TAMMY FERGUSON, et al.,** : | |
| Respondents. : | |
| : | |

**O R D E R**

**AND NOW**, this 16th day of November, 2016, upon careful and independent consideration of the Amended Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 5), and after review of the Report and Recommendation of Magistrate Judge Timothy R. Rice (Doc. No. 12), to which no objections have been filed (see Doc. No. 14), it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 12) is **APPROVED** and **ADOPTED**;

2. The **CLERK OF COURT** shall **TRANSFER** the Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 5) to the United States District Court for the Middle District of Pennsylvania in accordance with 28 U.S.C. § 2241(d);

3. A Certificate of Appealability shall **NOT ISSUE**; and

4. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.